


Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Gucci America, Inc.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GUCCI AMERICA, INC., a New York corporation, | ) ) ) | Case No. |
| Plaintiff, | ) ) ) | **FED. R. CIV. P. 7.1** <br> **DISCLOSURE STATEMENT** |
| v. | ) ) | |
| PAULETTE TYRRELL-MILLER a/k/a PAULETTE MILLER individually, d/b/a REALDEALHANDBAGS.COM d/b/a REAL DEAL HANDBAGS d/b/a AUTHENTICSTYLE4U.COM d/b/a AUTHENTIC STYLE d/b/a/ M. MILLER and DOES 1-10, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for plaintiff Gucci

- 1 -

America, Inc. is a wholly owned subsidiary of Gucci Group, N.V., which is wholly owned by Pinault-Printemp-Redoute SA (PPR) which is a publicly traded corporation.

Dated: New York, New York
       May 21, 2008

                Respectfully submitted,

                GIBNEY, ANTHONY & FLAHERTY, LLP
                JOHN MACALUSO (JM-2058)
                665 Fifth Avenue
                New York, New York 10022
                Telephone: (212) 688-5151
                Facsimile:  (212) 688-8315
                E-mail:  jmacaluso@gibney.com

                Of Counsel:
                Stephen M. Gaffigan
                312 Southeast 17th Street, 2nd Floor
                Ft. Lauderdale, FL 33316
                Telephone:  (954) 767-4819
                Facsimile:   (954) 767-4821
                Email:  stephen@smgpa.net

                Attorneys for Plaintiff
                Gucci America, Inc.