AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

GUCCI AMERICA, INC., a New York corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV 4760

PAULETTE TYRRELL-MILLER, et al.

JUDGE SULLIVAN

TO: (Name and address of defendant)

PAULETTE TYRRELL-MILLER a/k/a PAULETTE MILLER
65 Edgewater Avenue
North East, Maryland 21901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         MAY 2 1 2008

CLERK                                                      DATE

*Catherine Lapsley* (signature)

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
GUCCI AMERICA, INC., A NEW YORK CORPORATION
vs.
Defendant
PAULETTE TYRRELL-MILLER AKA PAULETTE MILLER INDIVIDUALLY, DBA REALDEALHANDBAGS.COM DBA REAL DEAL HANDBAGS DBA AUTHENTICSTYLE4U.COM DBA AUTHENTIC STYLE DBA M. MILLER AND DOES 1-10

Case No.: 08 CV 4760
Hearing Date:
Attorney of Record:

### AFFIDAVIT OF SERVICE

Received this on __04/05/08 @ 3:55pm__

I, James F. Pietschmann, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jul 14 2008 6:57PM, I executed service of SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; DISCLOSURE STATEMENT on PAULETTE TYRRELL-MILLER at 65 EDGEWATER Avenue, NORTH EAST, Cecil County, MD 21901

By Substituted Service to: Michael Miller, CO-RESIDENT, A white male approx. 30-35 years of age 6'0" in height weighing 220 lbs with red/blonde hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on Aug 05, 2008

_James F. Pietschman_
James F. Pietschmann, MD

State of ~~New York~~ Delaware County of New Castle
Subscribied and sworn to before me, a notary public on Aug 05, 2008

_Michael T. O'Rourke_
Notary Public

FOR: Gaffigan, Stephen M (PFI)
REF: GUCCI/REALHANDBAGS

MICHAEL T. O'ROURKE
NOTARY PUBLIC
STATE OF DELAWARE
My com... March 4, 2012

Order No. 5351284 SEA

# Declaration of Mailing

**Docket Number**: 08 CV 4760

The undersigned hereby declares: that I, Elizabeth Noguera, am a citizen of the United States of America and am employed in the city of Seattle, in the state of WA.

That I am over the age of twenty-one, and not party to, nor interested in the within entitled action. My business address is 633 Yesler Way Seattle, WA 98104.

That on 08/05/2008, after substituted service was made on Jul 14 2008 6:57PM, I completed service by depositing a copy of the SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; DISCLOSURE STATEMENT, in a first class postage paid envelope addressed to 65 EDGEWATER AVE NORTH EAST, MD 21901, at a US Post Office. The envelope bore the legend "**Personal and Confidential**", and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned and action against the defendant.

That I addressed the envelope as follows:

> PAULETTE TYRRELL-MILLER AKA PAULETTE MILLER INDIVIDUALLY, DBA REALDEALHANDBAGS.COM DBA REAL DEAL HANDBAGS DBA AUTHENTICSTYLE4U.COM DBA AUTHENTIC STYLE DBA M. MILLER
> 65 EDGEWATER AVE
> NORTH EAST MD 21901

I declare under penalty of perjury of the state of New York, that the foregoing is true and correct.

I executed this declaration on August 5, 2008 at, Seattle, WA.

_____
Declarant   Elizabeth Noguera



Tracking #: 5351284