Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Gucci America, Inc.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>        Plaintiff,<br><br>v.<br><br>PAULETTE TYRRELL-MILLER a/k/a PAULETTE MILLER individually, d/b/a REALDEALHANDBAGS.COM d/b/a REAL DEAL HANDBAGS d/b/a AUTHENTICSTYLE4U.COM d/b/a AUTHENTIC STYLE d/b/a/ M. MILLER and DOES 1-10,<br><br>        Defendants. | Case No. 08-cv-04760-RJS<br><br>**APPLICATION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT** |

Plaintiff, Gucci America, Inc., a New York corporation, by and through its undersigned

counsel, hereby requests entry of a default by the Clerk against the Defendant, Paulette Tyrrell-

Miller a/k/a Paulette Miller individually, d/b/a Realdealhandbags.com d/b/a Real Deal Handbags d/b/a Authenticstyle4u.com d/b/a Authentic Style d/b/a/ M. Miller ("Tyrrell-Miller"), and states as follows:

1. This Court issued Summons in the name of Tyrrell-Miller on May 21, 2008.

2. On July 14, 2008, Tyrrell-Miller was served with the Summons and a copy Plaintiff's Complaint for Damages and Injunctive Relief. A copy of the Return of Service is on file and is identified as Docket Number 4.

3. Accordingly, Tyrrell-Miller's response to the Complaint was due on or before August 4, 2008.

4. To date, Tyrrell-Miller has not filed nor served any response to the Complaint, has not requested an extension of time to respond to the Complaint nor has any counsel made an appearance on her behalf. Counsel for Plaintiff has reviewed the docket in this matter as evidenced by the Affidavit of John Macaluso in Support of Application for Entry of Default by Clerk, attached hereto as Exhibit "1."

5. Tyrrell-Miller could not be considered an infant or an incompetent person. To the best of Plaintiff's knowledge, Tyrell-Miller is not in the military and the Soldier's and Sailors' Civil Relief Act of 140 does not apply.

WHEREFORE, Plaintiff, Gucci America, Inc. requests that default be entered against the Defendant, Paulette Tyrrell-Miller a/k/a Paulette Miller individually, d/b/a Realdealhandbags.com d/b/a Real Deal Handbags d/b/a Authenticstyle4u.com d/b/a Authentic

Style d/b/a/ M. Miller.

DATED this 27·th day of August, 2008.

                                      Respectfully submitted,
                                      GIBNEY, ANTHONY, & FLAHERTY, LLP

                                      By: _____
                                         John Macaluso
                                         665 Fifth Avenue
                                         New York, New York 10022
                                         Telephone: (212) 688-5151
                                         Facsimile: (212) 688-8315
                                         E-mail: jmacaluso@gibney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this 27 day of August, 2008 to: Paulette Tyrrell-Miller a/k/a Paulette Miller individually, d/b/a Realdealhandbags.com d/b/a Real Deal Handbags d/b/a Authenticstyle4u.com d/b/a Authentic Style d/b/a/ M. Miller at 65 Edgewater Avenue, North East, Cecil County, MD 21901 (the address at which Tyrrell-Miller was served).

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Tina Ferraioli

# EXHIBIT 1

Gibney, Anthony & Flaherty, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com
*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Gucci America, Inc.

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, | )<br>)<br>) |
| Plaintiff, | ) Case No. 08-cv-04760-RJS<br>)<br>) |
| v. | ) **AFFIDAVIT OF JOHN**<br>) **MACALUSO IN SUPPORT OF**<br>) **APPLICATION FOR ENTRY OF** |
| PAULETTE TYRRELL-MILLER a/k/a PAULETTE MILLER individually, d/b/a REALDEALHANDBAGS.COM d/b/a REAL DEAL HANDBAGS d/b/a AUTHENTICSTYLE4U.COM d/b/a AUTHENTIC STYLE d/b/a/ M. MILLER and DOES 1-10, | ) **CLERK'S DEFAULT AGAINST**<br>) **DEFENDANT**<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

STATE OF NEW YORK          )
                                                )ss
COUNTY OF NEW YORK     )

BEFORE ME, the undersigned authority, personally appeared John Macaluso, who after first being duly sworn, deposes and states the following:

**Affidavit of John Macaluso
In support of
Application for Entry of Clerk's
Default Against Defendant**

1. I am over the age 18 years, and I have personal knowledge of the information contained in this Affidavit.

2. I have reviewed the docket on this matter of the United States District Court, Southern District of New York.

3. The Defendant, Paulette Tyrrell-Miller a/k/a Paulette Miller individually, d/b/a Realdealhandbags.com d/b/a Real Deal Handbags d/b/a Authenticstyle4u.com d/b/a Authentic Style d/b/a/ M. Miller was served by substituted service on July 14, 2008 with the Summons and a copy of the Complaint.

4. The time within which the Defendant may respond to the Complaint expired on August 4, 2008. Plaintiff has not been served with any valid response to the Complaint nor has Plaintiff been served with any request for additional time within which to respond, nor has the deadline by extended by this Court. A copy of the Court docket is attached hereto as Exhibit "A."

FURTHER AFFIANT SAYETH NAUGHT.

_____
John Macaluso

SWORN TO AND SUBSCRIBED before me this 27th day of August, 2008.

_____
NOTARY PUBLIC, STATE OF
NEW YORK AT LARGE

My Commission Expires:

VERONIKA L. SOSTAK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SO6099023
Qualified in New York County
My Commission Expires September 22, 2011

Affidavit of John Macaluso
In support of
Application for Entry of Clerk's
Default Against Defendant

# EXHIBIT A

**1:08-cv-04760-RJS** Gucci America, Inc. v. Tyrrell-Miller et al
Richard J. Sullivan, presiding
Date filed: 05/21/2008
Date of last filing: 08/27/2008

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| -- | *Filed:* *Entered:* | 05/21/2008 05/22/2008 | Summons Issued |
| -- | *Filed:* *Entered:* | 05/21/2008 05/22/2008 | Case Designation |
| -- | *Filed:* *Entered:* | 05/21/2008 05/22/2008 | Case Designated ECF. |
| 1 | *Filed:* *Entered:* | 05/21/2008 05/22/2008 | Complaint |
| 2 | *Filed:* *Entered:* | 05/21/2008 05/22/2008 | Rule 7.1 Corporate Disclosure Statement |
| 3 | *Filed:* *Entered:* | 08/12/2008 08/13/2008 | Order |
| 4 | *Filed & Entered:* | 08/27/2008 | Summons Returned Executed |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/27/2008 12:10:37 | | | |
| **PACER Login:** | ga0107 | **Client Code:** | 10643-00013 |
| **Description:** | History/Documents | **Search Criteria:** | 1:08-cv-04760-RJS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC., a New York corporation,

V.

PAULETTE TYRRELL-MILLER, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 4760

JUDGE SULLIVAN

TO: (Name and address of defendant)

PAULETTE TYRRELL-MILLER a/k/a PAULETTE MILLER
65 Edgewater Avenue
North East, Maryland 21901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                MAY 2 1 2008

CLERK                                              DATE

_Catherine Lapsley_ (signature)

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
GUCCI AMERICA, INC., A NEW YORK CORPORATION
vs.
Defendant
PAULETTE TYRRELL-MILLER AKA PAULETTE MILLER INDIVIDUALLY, DBA REALDEALHANDBAGS.COM DBA REAL DEAL HANDBAGS DBA AUTHENTICSTYLE4U.COM DBA AUTHENTIC STYLE DBA M. MILLER AND DOES 1-10

Case No.: 08 CV 4760
Hearing Date:
Attorney of Record:

### AFFIDAVIT OF SERVICE

Received this on 04/05/08 @ 3:05pm

I, James F. Pietschmann, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jul 14 2008 6:57PM, I executed service of SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; DISCLOSURE STATEMENT on PAULETTE TYRRELL-MILLER at 65 EDGEWATER Avenue, NORTH EAST, Cecil County, MD 21901

By Substituted Service to: Michael Miller, CO-RESIDENT, A white male approx. 30-35 years of age 6'0" in height weighing 220 lbs with red/blonde hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on Aug 05, 2008

_James F. Pietschmann_
James F. Pietschmann, MD

State of ~~New York~~ Delaware  County of ~~~~ New Castle
Subscrbied and sworn to before me, a notary public on Aug 05, 2008

_Michael T. O'Rourke_
Notary Public

FOR: Gaffigan, Stephen M (PFI)
REF: GUCCI/REALHANDBAGS

Order No. 5351284 SEA

# Declaration of Mailing

### Docket Number: 08 CV 4760

The undersigned hereby declares: that I, Elizabeth Noguera, am a citizen of the United States of America and am employed in the city of Seattle, in the state of WA.

That I am over the age of twenty-one, and not party to, nor interested in the within entitled action. My business address is 633 Yesler Way Seattle, WA 98104.

That on 08/05/2008, after substituted service was made on Jul 14 2008 6:57PM, I completed service by depositing a copy of the SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; DISCLOSURE STATEMENT, in a first class postage paid envelope addressed to 65 EDGEWATER AVE NORTH EAST, MD 21901, at a US Post Office. The envelope bore the legend "**Personal and Confidential**", and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned and action against the defendant.

That I addressed the envelope as follows:

> PAULETTE TYRRELL-MILLER AKA PAULETTE MILLER INDIVIDUALLY, DBA REALDEALHANDBAGS.COM DBA REAL DEAL HANDBAGS DBA AUTHENTICSTYLE4U.COM DBA AUTHENTIC STYLE DBA M. MILLER
> 65 EDGEWATER AVE
> NORTH EAST MD 21901

I declare under penalty of perjury of the state of New York, that the foregoing is true and correct.

I executed this declaration on August 5, 2008 at, Seattle, WA.

_____
Declarant   Elizabeth Noguera



Tracking #: 5351284