UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

GUCCI AMERICA, INC.,

                Plaintiff,

-v-

PAULETTE TYRRELL-MILLER, and JOHN DOES 1-10,

                Defendants.

No. 08 Civ. 4760 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Before the Court is plaintiff Gucci America Inc.'s request for entry of default against defendant Paulette Tyrrell-Miller.

    Plaintiff's request is denied without prejudice to renewal for failure to comply with the Court's Individual Practices, specifically "Attachment A Default Judgment" which governs the procedure for seeking a default judgment. The Court's Individual Practices, including Attachment A, are located online at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

SO ORDERED.

Dated:    August 28, 2008
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE